UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

GARY LYNN EADS
SSN: xxx-xx-6863

CASE NUMBER: 02-34996
CHAPTER 13

SHARON MARIE EADS
SSN: xxx-xx-2324
Debtors

NOTICE TO CAPITAL ONE THAT $0.03 HAS BEEN DEPOSITED INTO
THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Capital One, creditor herein, and deposits $0.03 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Capital One was:

   P. O. Box 85167
   Richmond, VA 23285

2. Several of the Standing Chapter 13 Trustee's disbursement checks have been returned by the United States Postmaster as undeliverable at the address;

3. That the Standing Chapter 13 Trustee has been unsuccessful in obtaining a proper address for said creditor;

4. Subsequent attempts to locate this creditor were fruitless;

5. That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:  September 23, 2010

Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on September 23, 2010

By U.S. Mail postage prepaid
Debtors: Gary Lynn and Sharon Marie Eads, 4056 12th B Road, Bourbon, IN 46504
Creditor: Capital One, P. O. Box 85167, Richmond, VA 23285

By electronic mail via CM/ECF:
Debtors' attorney: Debra Voltz-Miller
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller
Debra L. Miller

/s/ Debra L. Miller, Trustee