UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

GARY LYNN EADS
SSN: xxx-xx-6863

CASE NUMBER: 02-34996
CHAPTER 13

SHARON MARIE EADS
SSN: xxx-xx-2324
Debtors

---

### NOTICE TO TERRY FAY THAT $156.67 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Terry Fay, creditor herein, and deposits $156.67 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address listed in the Court documents for Terry Fay was:

    303 E. Holly Oak Road
    Wilmington, DE 19809

2. Several of the Standing Chapter 13 Trustee's disbursement checks were returned by the United States Postmaster as undeliverable at the address.

3. That the Standing Chapter 13 Trustee sent correspondence regarding the available funds to Terry Fay at another address obtained:

    10 Saddler Avenue
    Elkton, MD 21921

4. That it has been more than 30 days since the Trustee sent the correspondence to Terry Fay at the Maryland address, and there has been no response.

5. That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated: April 4, 2011

Respectfully Submitted,

/s/ Debra L. Miller
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    April 4, 2011

By U.S. Mail postage prepaid

Debtors: Gary Lynn and Sharon Marie Eads, 4056 12th B Road, Bourbon, IN 46504
Creditor: Terry Fay, 303 E. Holly Oak Road, Wilmington, DE 19809 and 10 Saddler Avenue, Elkton, MD 21921

By electronic mail via CM/ECF:
Debtors' Attorney: Debra Voltz-Miller
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller
Debra L. Miller

/s/ Debra L. Miller, Trustee